# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SRM CHEMICAL LTD, CO.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1419 (ESH) |
| **FEDERAL MEDIATION AND CONCILIATION SERVICE,** | ) | |
| Defendant, | ) | |
| and | ) | |
| **SYNGENTA CROP PROTECTION, INC.,** | ) | |
| Defendant-Intervenor. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' motions to dismiss [##11 and 14] are **GRANTED**; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

**This is a final appealable order.**

                                                   s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

Date:    January 21, 2005